UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYMAN WONG,<br>　　　　Plaintiff,<br>　　v.<br>U.S.BANK, N.A., et al.,<br>　　　　Defendants. | Case No. 14-cv-01284-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 12 |

　　The plaintiff to the action, by and through his counsel, has advised the Court that the parties have settled this matter and requests an order of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Dkt. No. 12.

　　IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED.

**IT IS SO ORDERED**.

Dated: May 12, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
WILLIAM H. ORRICK
United States District Judge